**MARGULIES WIND**
A Professional Corporation
Harborside Financial Center
Plaza 10, 3 Second Street, Suite 1201
Jersey City, New Jersey 07311-3988
(201) 333-0400   (201) 333-1110/fax
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALEXANDER ATEHORTUA,<br><br>Plaintiff,<br><br>vs.<br><br>TATA CONSULTANCY SERVICES LIMITED (A Foreign Profit Corporation),<br><br>Defendant. | CIVIL ACTION NO.<br>2:10-cv-00662 (FSH)(PS)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

THE MATTER in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed with prejudice and without costs against either party.

DATED: June 8, 2010

**MARGULIES WIND**
A Professional Corporation
Attorneys for Plaintiff

_____
ROBERT E. MARGULIES

**KELLEY DRYE & WARREN LLP**
Attorneys Defendant

_____
GEOFFREY W. CASTELLO